**DISMISS and Opinion Filed September 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00124-CV

**CARL BENSON, Appellant**

**V.**

**BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER
TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
CERTIFICATEHOLDERS OF EMC MORTGAGE LOAN TRUST 2004-B,
MORTGAGE LOAN PASS THROUGH CERTIFICATES,
SERIES 2004-B, ITS SUCCESSORS AND ASSIGNS, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-14-00086-D**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Brown
Opinion by Justice Lang

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution.

After being informed by this Court that his brief was past due, appellant filed a document entitled "Brief of Events for Review" on June 13, 2014. This document was deficient because it failed to contain (1) a concise statement of facts supported by record references, (2) citations to authorities, (3) citations to the record, and (4) an appendix. *See* TEX. R. APP. P. 38.1(g), (i), & (k). Accordingly, on June 13, 2014, the Court sent appellant a defective brief notice giving him ten days to file an amended brief correcting the deficiencies. We cautioned appellant that failure to file an amended brief that complies with the rules of appellate procedure within ten days may

result in dismissal of his appeal without further notice.  *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b) & (c).

On June 20, 2014, appellant filed a document entitled "A Public Declaration and Notice of Immediate Withdraw of Consent."  This document is addressed to federal judges, not this Court, and does not constitute an amended brief complying with rule of appellate procedure 38.1. On August 14, 2014, appellant filed a document entitled "Plaintiffs' Motion for Summary Judgment on Damages, Penalties, Attorney's Fees, Costs and Expenses Ex Parte Canon Law, True Bill Order, Bill of Cost."  Like the previous document, this document is also addressed to federal judges and does not constitute a compliant appellate brief.

Appellant has failed to file an amended brief as instructed from this Court.  Accordingly, we grant appellee's motion and dismiss the appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b) & (c).


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

140124F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARL BENSON, Appellant

No. 05-14-00124-CV        V.

BANK OF AMERICA, NATIONAL
ASSOCIATION AS SUCCESSOR BY
MERGER TO LASALLE BANK
NATIONAL ASSOCIATION AS
TRUSTEE FOR CERTIFICATEHOLDERS
OF EMC MORTGAGE LOAN TRUST
2004-B, MORTGAGE LOAN PASS
THROUGH CERTIFICATES, SERIES
2004-B, IT SUCCESSORS AND ASSIGNS,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas.
Trial Court Cause No. CC-14-00086-D.
Opinion delivered by Justice Lang.   Justices
Myers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF EMC MORTGAGE LOAN TRUST 2004-B, MORTGAGE LOAN PASS THROUGH CERTIFICATES, SERIES 2004-B, IT SUCCESSORS AND ASSIGNS recover its costs of this appeal from appellant CARL BENSON.

Judgment entered this 5th day of September, 2014.